```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 04711
   BONNIE HARPER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-7006


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/12/05 and confirmed on 05/11/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  15981.25 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00            .00             .00
CITIMORTGAGE INC           MORTGAGE ARRE     1207.56            .00         1207.56
ALLSTATE                   UNSECURED        NOT FILED          .00             .00
AT&T                       UNSECURED        NOT FILED          .00             .00
FIA CARD SERVICES          UNSECURED        NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED         1501.89         110.04         1501.89
CINGULAR WIRELESS          UNSECURED          707.72          52.09          707.72
FIRST CONSUMERS NATIONAL   UNSECURED        NOT FILED          .00             .00
FIRST CONSUMERS NATL BAN   UNSECURED        NOT FILED          .00             .00
ROUNDUP FUNDING LLC        UNSECURED         1250.86          91.64         1250.86
PROVIDIAN BANK             UNSECURED         6009.66         440.28         6009.66
WOLPOFF & ABARAMSON        UNSECURED         1520.31         111.33         1520.31
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00             .00
        Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 1207.56         .00     10990.44          .00       12198.00
PRINCIPAL PAID     1207.56         .00     10990.44          .00       12198.00
INTEREST PAID          .00         .00       805.38          .00         805.38
TOTAL PAID         1207.56         .00     11795.82          .00       13003.38
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   2200.00
and was paid $     94.80   direct and $    2105.20   through the plan.

The Trustee received $     681.93 .

Refunds to the Debtor totaled $    190.74 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/12/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```